IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

ANDERSON DIVISION

| | |
|---|---|
| Lewis Weatherford, Jr., ) | |
| ) | Civil Action No. 8:04-23040-CMC-BHH |
| Plaintiff, ) | |
| ) | |
| vs. ) | **REPORT OF MAGISTRATE JUDGE** |
| ) | |
| NFN Officer Crosby, Chief Horace ) | |
| James, and Director Willie Bamberg, ) | |
| all in their capacities as Calhoun ) | |
| Regional Detention Center employees, ) | |
| ) | |
| Defendants. ) | |
| ) | |

       The plaintiff brought this action seeking relief pursuant to Title 42, United States Code, Section 1983. On April 14, 2005, the defendants filed a motion summary judgment. On April 20, 2005, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), the plaintiff was advised of the summary judgment procedure and the possible consequences if he failed to respond adequately. Despite this explanation, the plaintiff elected not to respond to the motion. However, on May 17, 2005, the plaintiff filed a motion for leave to file reply to defendants' answer.

       By order of this court filed June 15, 2005, the plaintiff's motion for leave to file reply to defendants' answer was granted, and the plaintiff was given through July 8, 2005, to file both his response to the motion for summary judgment and his reply to the answer. The plaintiff was specifically advised that if he failed to respond to the motion for summary judgment, this action would be dismissed for failure to prosecute. The plaintiff elected not to respond.

       Based on the foregoing, it appears the plaintiff no longer wishes to pursue this action. Accordingly, it is recommended that this action be dismissed for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *Ballard v. Carlson*, 882 F.2d 93 (4th Cir. 1989), *cert. denied*, 493 U.S. 1084 (1990).

                                                                  s/Bruce H. Hendricks
                                                                  United States Magistrate Judge

July 25, 2005

Greenville, South Carolina